United States District Court
for the Middle District of Pennsylvania

Frederick Banks,
  Plaintiff,
v.

Case Manager Anesburg; Case Manager Mary McCollum; Counselor Thompson; Counselor Silver; Case Manager Schaff; Donna Zickefoose, warden; Lt. Khough; Lt. Fiori, SIS Tech; Lt. Monticello; CO Price Property Officer; CO Janetk; Inmate Gerald Lofton; Captain Fitzgerald; Deputy Captain Pena; Jack Reeves, SIS Ft. Dix, NJ (FBOP); DTS Tracie Fenner; DTS Ricki Foreman; Dr. Daniel Neller; Captain Wise; Anthony Haynes, warden; Education Tech Malissa Jackson; Unit Manager Gallardo; Counselor Houston; Counselor Hull; Case Manager Burns; Case Manager Norris; CO Roberts; Unknown CO's working the Special Housing Unit at FCC Forrest City; Attorney General Eric Holder; President Barack Obama; Inspector General; FBOP Director Charles Samuels; New York Times; Pittsburgh Post Gazette; Boston Globe; Chicago Tribune; USA Today; Wall Street Journal; Dr. Cuccio; Ms. Graham; Ms. Taylor; Ms. Hoye; Vlad; Bat; Cheeks; Truck four unknown named FCC Forrest City Low Compound officers.

Civil Action No.

Jury Trial Demanded

FILED
HARRISBURG, PA
JUN 17 2013
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## Complaint

Former Federal Inmate Frederick Banks alleges for his complaint as follows:

1. During 2013 preceeding 4-6 months before Banks was released from Federal prison and continuing a month after he was released to present and continuing the above named Defendants at FCI Fort Dix and FCC Forrest City used telephone, email and ECM "brain wave Technology" to monitor unlawfully, harrass and violate Banks's constitutional rights because of the over 300 lawsuits Banks had filed against the BOP and the federal government while he was incarcerated in federal prison. About six unknown named BOP operatives operates this "ECM" technology from the SHU control booth at FCC Forrest City Arkansas.

2. A search on google for "brain wave monitoring" revealed that technological advancements allowed the Defendants and other non government persons to monitor, record, and

communicate with individuals using ECM devices. These defendants used their power and technology to violate Banks constitutional rights. Dr. Cuccio violated Banks constitutional rights by prescribing medication he did not need and by falsifying an evaluation and diagnosing Banks as a paranoid schitzophrenic for the sole purpose of masking defendants ECM harrassment of Banks using the ECM technology before and after he left federal prison. The Rusperdone Cuccio proscribed caused him to pass out at FCI Forrest City Banks hit his head on a stone floor yet he was never treated by medical. Graham, Taylor and Hoye violated Banks rights and participated in the scheme by failing to provide Banks with his medical records that were related to the Cuccio false diagnosis. Foreman and Fenner participated in the scheme with Dr. Vellar by ordering Banks to take the Rusperdone or be expelled from RDAP and by ~~again~~ letting Banks back in RDAP which as a result he lost early release days. Aresberry participated in the scheme by encouraging the others to impliment the scheme. McConnel and Schaaf participated in the scheme by placing a CIM assignment on Banks so that he would be transferred from fort Dix to Forrest city and as a result lose RDAP early release days. Lofton participated in the scheme by falsifying a claim to SIS Monticello and Lt. Keough concerning Banks activities; Wise participated in the scheme with Haynes by authorizing an ECM operation he knew or had reason to know was illegal. All the other defendants were directly involved in the scheme to move it along so that it would not fail and to keep up appearances. As a result Banks was damaged.

3. The defendants activity was willfull and intentional. At the time of the activity all the defendants knew that the Federal government recognized Banks as an American Indian.

4. Defendants violated The First Amendment Right of Privacy to chill Banks free speech, the Fourth Amendment unlawful seizure of his thoughts through ECM and unlawful warrantless seizure of his brain waves. The Fifth Amendment Due Process Clause and the Eighth Amendment Right to be free from cruel and unusual punishment. Further Defendants violated Banks 9th Amendment Rights reserved by the people, and the northwest ordinance (respect for Indians). As a result Defendants are liable to Banks in the amount of $100,000,000.00 (one Hundred Million Dollars). A Jury Trial should be ordered.

Wherefore, Judgment should be entered for Plaintiff and against Defendants in the amount of 100 million dollars, A Jury Trial should be ordered, Defendants should be enjoined permanently from committing these actions along with costs, interest and fees.

(Concerning the Cuccio allegation the court dismissed an earlier claim without prejudice "Banks failed to exhaust remedies" before Banks could resubmit and exhaust the remedies on this issue he was released from prison as a result the administrative remedy system is unavailable to Plaintiff and thus all available remedies have been exhausted)

Respectfully Submitted

Frederick Banks
PO Box 42303
Pittsburgh, PA 15203
Plaintiff

Fred Banks
PO Box 42303
Pittsburgh, PA 15203

RECEIVED
HARRISBURG, PA
JUN 17 2013
MARY E. D'ANDREA, CLERK
Per _____

Clerk, US District Court
PO Box 983
Harrisburg, PA 17108

PITTSBURGH PA 150
14 JUN 2013 PM 6 L

Purple Martin
FOREVER USA

17108093983